**NOTICE OF APPEARANCE**            CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA    )
                                      )
                                      )
                vs.                       )     Criminal No. 11-0514-01
                                      )
Gregory Nelson                  )
            (DEFENDANT)

**FILED**
FEB 0 4 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA             ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

For purposes of presentment only.

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

L. Barrett Boss   398160
(Attorney & Bar ID Number)

Cozen
(Firm Name)

1627 I St, NW #1100
(Street Address)

Wash, DC       20006
(City)     (State)     (Zip)

202 912 4818