**NOTICE OF APPEARANCE**            CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. )  Criminal No. 11-51-M-01
)
)
Caros Nelson )
(DEFENDANT) )

FILED
FEB 0 9 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Bernard Grimm - 378171
(Attorney & Bar ID Number)

Cozen O'Conner
(Firm Name)

1627 I Street
(Street Address)

N.W.       Wash       D.C.
(City)     (State)    (Zip)

20006