UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.  11-051M-01** |
| | : | |
| **GREGORY SCOTT NELSON,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 2423(b) |
| Defendant. | : | (Traveling in Interstate Commerce |
| | : | to Engage in Illicit Sexual Conduct) |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about February 3, 2011, in the District of Columbia, the defendant, **GREGORY SCOTT NELSON**, knowingly traveled in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Traveling in Interstate Commerce to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

                                                                                   RONALD C. MACHEN JR.
United States Attorney
Bar No. 447889

BY:          /s/
JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar: 417-136
Federal Major Crimes Section
555 4th Street, N.W., Room 4832
Washington, DC 20530
(202) 514-8203
julieanne.himelstein@usdoj.gov