

FILED

APR 11 2011

U.S. District & Bankruptcy Courts
District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 11-059(RWR) |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| **GREGORY NELSON,** | : | 18 U.S.C. § 2423(b) |
| | : | (Traveling in Interstate Commerce |
| | : | for Purpose of Engaging in Sexual |
| | : | Conduct with a Minor) |

## STATEMENT OF OFFENSE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Proffer of Proof in Support of a Proposed Plea of Guilty by the defendant to Count One of an Information in the above-captioned matter.

### *Penalties for the Offense*

The maximum penalty for Traveling in Interstate Commerce for the Purpose of Engaging in Sexual Contact with a Minor, in violation of 18 United States Code, § 2423(b), is:

(A) a term of imprisonment which may not be more than 30 years;

(B) a fine not to exceed $250,000;

(C) a term of supervised release of not less than 5 years, after any period of incarceration;

(D) a special assessment of $100.

U.S. Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of imprisonment and any term of supervised release and/or probation.

### *Factual Proffer*

The following proffer of the government's evidence is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal

Procedure. This proffer is not intended to be a disclosure of all the evidence available to the United States nor, to the extent it makes representations concerning anything the defendant said, is it a recitation of all that the defendant said.

Had this matter gone to trial, the government's evidence would have shown, beyond a reasonable doubt, the following:

1. On Thursday, February 3, 2011, Timothy Palchak, a Detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional MPD-FBI Child Exploitation task force. Detective Palchak was operating out of a satellite office in Washington, DC. and at approximately 11:37 a.m. Detective Palchak, ("UC") entered a predicated social network site catering to gay men, having described himself in his "profile" indicating a sexual desire for taboo sexual activity to include "yng" and "no limit," when an individual, later identified as the defendant, Gregory Nelson, using the screen name "verspartnowdc" initiated a private recorded email chat conversation with the UC.

2. During the course of the recorded email chat, the defendant stated to the UC "Wilder the better here, like to push limits, VERY DISCREET." The UC responded "hot profile, I am into very taboo, vvyng (very very young), underage, etc..." The UC informed the defendant that he had access to a 12 year-old boy but stated that "if that is to [sic] young I totally understand." The UC then stated, "If interested, the safest thing to do is to hook and feel each other c—ks so we both know that we are not cops." The defendant responded, "ALL VERY HOT. Where do you live?? Dupont here[.]" The UC responded that he lived "near the Verizin [sic] Center[.]" The UC asked the defendant if he wanted to have anal sex with boy. The defendant responded, "yes[.]" The defendant asked the UC for a picture of the boy. The UC sent the defendant a picture of the purported by via email. The defendant confirmed that he received the picture and stated, "got it, cool, anything

2

nastier?" The UC explained to the defendant that the boy was coming from Virginia and would be in D.C. between 6 and 7:00. The defendant responded, "I am open." and agreed to meet the UC at Quiznos near the UC's apartment at 5:00 pm in Washington, D.C. The UC told the defendant that he (the UC) has sex with the boy without a condom and would allow the defendant to have sex with the boy without a condom even though the boy "is neg as far as I know." The defendant replied "VERY COOL[,] you partying tonight[?]"

3. The UC received a call on his mobile sometime before 5:00 from a 703 area code. The UC did not answer the call. When the UC returned the call to the 703 number, he heard a voice mail to a business office. The UC later confirmed that the business office which is located in Virginia is where the defendant is employed. A few minutes later, the defendant placed a call to the UC on his mobile phone. The UC then called back the number and a person who identified himself as "Greg" answered the phone. During the course of the recorded conversation, "Greg" explained that he was on his way and that he was crossing the bridge and that he would be there in 10 to 15 minutes. The UC later confirmed that the mobile phone number that he called was registered to Gregory Nelson.

4. At approximately 5:15 p.m., the defendant arrived at Quiznos located in Washington, D.C. and was placed under arrest. Upon his arrival, the defendant identified himself as "Greg".

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

_____
Julieanne Himelstein

3

Assistant United States Attorney

## Defendant's Acceptance

I have read or had read to me the four (4) pages which constitute the government's Proffer of Proof and have discussed it with my attorney, Bernard Grimm and Barry Boss, Esquires. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in my plea agreement.

I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: 4/11/11

_____
GREGORY NELSON
Defendant

## Attorney's Acknowledgment

I have read each of the four (4) pages which constitute the government's Proffer of Proof, reviewed them with my client, and discussed the provisions of the proffer with him, fully. These pages accurately and completely set forth the government's proof as I understand it.

Date: 4/11/11

_____
Bernie Grimm, Esquire
Barry Boss, Esquire
Attorneys for the GREGORY NELSON